No. 86–6670. BRUNO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–6674. DAVIS *v.* TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 86–6675. JONES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–6684. WOOTEN-BEY *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 86–6686. LOVINGOOD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 86–6687. HOLLAND *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 86–6688. DAVIDSON *v.* FERRUCCI ET AL. App. Ct. Conn. Certiorari denied.

No. 86–6692. RYLAND *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–6695. ADKINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–6708. AYERS *v.* LYLES, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–6718. NEAL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 86–6741. CUTLER *v.* ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 86–895. HALL *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the judgment of conviction.

No. 86–1261. SEQUOIA BOOKS, INC. *v.* ILLINOIS (two cases). Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the